# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PRIVATE POSTSECONDARY SCHOOLS,<br><br>            *Plaintiff*,<br><br>  v.<br><br>ELISABETH DeVOS, Secretary, U.S. Department of Education, *et al.*,<br><br>            *Defendants*. | Civil Action No. 17-0999 (RDM) |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Plaintiff California Association of Private Postsecondary Schools ("CAPPS") hereby withdraws its Motion for Preliminary Injunction, filed with the Court on June 2, 2017.  Earlier today, the Department of Education announced that it is delaying the effective date of certain sections of the Final Rule, including the Arbitration and Class Action Waiver Ban.  The preliminary relief CAPPS requested is therefore not necessary at this time.

Dated: June 14, 2017                                           Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Clifford M. Sloan |
| BORIS BERSHTEYN | CLIFFORD M. SLOAN, DC Bar No. 417339 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | CAROLINE S. VAN ZILE, DC Bar No. 1017942 |
| 4 Times Square | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| New York, NY 10036 | 1440 New York Avenue, NW |
| T: 212/735-3834 | Washington, DC 20005 |
|  | T: 202/371-7000 |
| GREGORY BAILEY | F: 202/661-8340 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Email: cliff.sloan@skadden.com |
| 155 N Upper Wacker Dr. #2700 |  |
| Chicago, IL 60606 |  |
| T: 312/407-0739 |  |
| F: 312/407-8604 |  |

ROBERT L. SHAPIRO, DC Bar No. 415854
Duane Morris LLP
505 Ninth Street, NW
Washington, DC 20004
T:  202/776-7867
F:  202/330-5290

*Attorneys for CAPPS*