**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CALIFORNIA ASSOCIATION OF
PRIVATE POSTSECONDARY
SCHOOLS,

    Plaintiff,

v.

BETSY DEVOS, in her official capacity as
Secretary of Education, and THE
DEPARTMENT OF EDUCATION

    Defendants.

Civil Action No. 1:17-cv-999(RDM)

## NOTICE OF WITHDRAWAL OF APPEARANCE

   The Clerk of the Court will please withdraw the appearance of Thomas D.

Zimpleman as counsel for the defendants in the above-captioned case, pursuant to

Local Civil Rule 83.6(b).

Dated:  July 26, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

SHEILA LIEBER
Deputy Branch Director

*/s/Thomas D. Zimpleman*
THOMAS D. ZIMPLEMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel:  (202) 514-8095
Fax:  (202) 616-8470

E-mail: Thomas.D.Zimpleman@usdoj.gov

*Counsel for Defendants*