**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CALIFORNIA ASSOCIATION OF PRIVATE POSTSECONDARY SCHOOLS,<br><br>           Plaintiff,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education, and THE DEPARTMENT OF EDUCATION<br><br>           Defendants. | Civil Action No. 1:17-cv-999 (RDM) |

## NOTICE REGARDING PUBLICATION OF NOTICE OF PROPOSED RULEMAKING

On November 1, 2016, the Department of Education ("Department") promulgated a final rule addressing student borrowers' ability to assert defenses to repayment of federal Direct Loan obligations based on misconduct by educational institutions. *See* Student Assistance General Provisions, Federal Perkins Loan Program, Federal Family Education Loan Program, William D. Ford Federal Direct Loan Program, and Teacher Education Assistance for College and Higher Education Grant Program, 81 Fed. Reg. 75,926-01 (Nov. 1, 2016) ("2016 borrower defense rule"). Plaintiff filed the instant lawsuit challenging that rule on May 24, 2017. After the Department subsequently announced its intention to review and revise the 2016 borrower defense rule through a negotiated rulemaking process, the Court stayed this action. *See* Minute Order, March 1, 2018.

Defendants wish to provide the Court notice that, as a result of that process, on July 31, 2018, the Department published a notice of proposed rulemaking. *See* 83 Fed. Reg. 37,242-37,330.

Dated:  August 1, 2018                                  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT (VA # 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel:  (202) 616-8098
Fax:  (202) 616-8470
E-mail: robert.c.merritt@usdoj.gov

*Counsel for Defendants*