**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CALIFORNIA ASSOCIATION OF PRIVATE POSTSECONDARY SCHOOLS**,<br>　　　　　　Plaintiff,<br>v.<br>**BETSY DEVOS**, in her official capacity as Secretary of the Department of Education, and the **DEPARTMENT OF EDUCATION**,<br>　　　　　　Defendants,<br>　　and<br>**COMMONWEALTH OF MASSACHUSETTS**<br>One Ashburton Place<br>Boston, MA 02108;<br>**STATE OF CALIFORNIA**<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013;<br>**PEOPLE OF THE STATE OF ILLINOIS**<br>100 West Randolph Street<br>Chicago, IL 60601;<br>**STATE OF IOWA**<br>1305 E. Walnut St.<br>Des Moines, Iowa 50319;<br>**THE ATTORNEY GENERAL OF MARYLAND**<br>200 St. Paul Place, 16th Floor<br>Baltimore, MD 21202;<br>**STATE OF NEW YORK**<br>120 Broadway, 3rd floor<br>New York, NY 10271;<br>**STATE OF OREGON**<br>1162 Court Street, NE<br>Salem, OR 97301;<br>**COMMONWEALTH OF PENNSYLVANIA**<br>564 Forbes Avenue<br>Pittsburgh, PA 15219; and<br>**DISTRICT OF COLUMBIA**<br>441 4th Street, N.W., 6th Floor<br>Washington, DC 20001,<br>　　　[Proposed] Defendant-Intervenors | Civil Action No. 17-999 (RDM) |

# NOTICE OF WITHDRAWAL OF MOTION
# FOR LEAVE TO INTERVENE

On June 13, 2018, the Commonwealths of Massachusetts and Pennsylvania, the States of California, Iowa, New York, and Oregon, the Attorney General of Maryland, the District of Columbia, by and through its Attorney General, and the People of the State of Illinois (collectively the "State Movants") moved to intervene in this matter as defendants. At a hearing in this matter on Friday, September 14, 2018, the Court advised the parties that it was inclined to permit the State Movants to participate in the present stage of the case as *amici curiae* rather than as defendant-intervenors, and to do so without prejudice to the State Movants renewing their motion to intervene as defendants at a future date. Accordingly, the State Movants hereby withdraw their motion to intervene without prejudice to its renewal at a later date.

Dated: September 17, 2018

                                              FOR THE COMMONWEALTH OF
                                              MASSACHUSETTS

                                              MAURA HEALEY
                                              ATTORNEY GENERAL

                       By:   */s/ Max Weinstein*
                             Yael Shavit
                             Max Weinstein
                             Assistant Attorneys General
                             Office of the Massachusetts Attorney General
                             One Ashburton Place
                             Boston, MA 02108
                             (617) 963-2197 (Shavit)
                             (617) 963-2499 (Weinstein)
                             Yael.Shavit@state.ma.us
                             Max.Weinstein@state.ma.us

FOR THE STATE OF CALIFORNIA
XAVIER BECERRA, CALIFORNIA
ATTORNEY GENERAL
Bernard A. Eskandari
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
(213) 897-2652
bernard.eskandari@doj.ca.gov

PEOPLE OF THE STATE OF ILLINOIS, by
LISA MADIGAN, ATTORNEY GENERAL
OF ILLINOIS
Joseph Sanders
Assistant Attorney General
Illinois Attorney General's Office
100 W. Randolph St., 12th Fl.
Chicago, IL 60601
(312) 814-6796
jsanders@atg.state.il.us

FOR THE STATE OF IOWA
THOMAS J. MILLER
ATTORNEY GENERAL
Jessica Whitney
Director - Consumer Protection
Office of the Attorney General of Iowa
1305 E. Walnut St.
Des Moines, Iowa 50319
Tel: (515) 281-8772
Jessica.Whitney@iowa.gov

BRIAN E. FROSH
ATTORNEY GENERAL OF MARYLAND
Christopher J. Madaio
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
(410) 576-6585
Cmadaio@oag.state.md.us

FOR THE STATE OF NEW YORK
BARBARA UNDERWOOD
ATTORNEY GENERAL OF NEW YORK
Jane M. Azia
Chief, Bureau of Consumer Frauds and Protection
120 Broadway, 3rd floor
New York, NY 10271
Tel.: (212) 416-8727
Jane.azia@ag.ny.gov

FOR THE STATE OF OREGON
ELLEN F. ROSENBLUM, ATTORNEY GENERAL
Andrew Shull
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301
Tel: 503-934-4400
Andrew.shull@doj.state.or.us

FOR THE COMMONWEALTH OF PENNSYLVANIA
JOSH SHAPIRO
ATTORNEY GENERAL
Jesse Harvey
Deputy Attorney General
Office of the Pennsylvania Attorney General
Bureau of Consumer Protection
6th Floor Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412)565-2883
jharvey@attorneygeneral.gov

FOR THE DISTRICT OF COLUMBIA
KARL A. RACINE
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
Benjamin Wiseman
Office of Consumer Protection
441 4th Street, N.W., 6th Floor

Washington, DC 20001
(202) 741-5226
benjamin.wiseman@dc.gov

## CERTIFICATE OF SERVICE

I certify that on September 17, 2018, I caused a copy of the foregoing to be filed electronically and that these documents are available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Max Weinstein*
Max Weinstein