## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CALIFORNIA ASSOCIATION OF
PRIVATE POSTSECONDARY
SCHOOLS,

      *Plaintiff*,

   v.

ELISABETH DeVOS, Secretary, U.S.
Department of Education, *et al.*,

      *Defendants*.

Civil Action No. 17-0999 (RDM)

## NOTICE OF WITHDRAWAL OF COUNSEL

    PLEASE TAKE NOTICE that the appearance of Clifford M. Sloan as counsel for Plaintiff California Association of Private Postsecondary Schools ("CAPPS") in the above-captioned case is hereby withdrawn. The remaining attorneys who have appeared on Plaintiff's behalf from Skadden, Arps, Slate, Meagher & Flom LLP and Duane Morris LLP will remain as counsel of record for CAPPS in this matter.

Dated: May 28, 2019

Respectfully submitted,

/s/ Clifford M. Sloan
CLIFFORD M. SLOAN, DC Bar No.
417339
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
T: 202/371-7000
F: 202/661-8340
Email: cliff.sloan@skadden.com
*Attorney for CAPPS*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice was filed with the Clerk of the

Court on May 28, 2019, using the CM/EMF system, which will send notification

of such filing to all counsel of record.


/s/ Clifford M. Sloan
Clifford M. Sloan