# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PRIVATE POSTSECONDARY SCHOOLS,<br><br>*Plaintiff*,<br><br>v.<br><br>ELISABETH DeVOS, Secretary, U.S. Department of Education, and THE DEPARTMENT OF EDUCATION,<br><br>*Defendants*,<br><br>and<br><br>MEAGHAN BAUER and STEPHANO DEL ROSE,<br>*Defendant-Intervenors*. | Civil Action No. 17-999 (RDM) |

**DEFENDANT-INTERVENORS MEAGHAN BAUER AND STEPHANO DEL ROSE'S RESPONSE TO NOVEMBER 18, 2019 ORDER TO SHOW CAUSE**

On November 18, 2019, the Court issued an Order to Show Cause as to why Defendant-Intervenors Meaghan Bauer and Stephano Del Rose's status as intervention should not be revoked in light of changes in Plaintiff's litigation position and relief requested. Dkt. No. 108. In light of those changes and the Court's November 18, 2019 Memorandum Opinion and Order, Ms. Bauer and Mr. Del Rose do not oppose revocation of their intervenor status. Ms. Bauer and Mr. Del Rose respectfully request the Court consider their memoranda submitted in connection with the pending motions for summary judgment, Dkt. 91 & 102, as submissions on behalf of *amici curiae* in opposition to Plaintiff's motion for summary judgment, Dkt. No. 83, and in support of Defendants' cross-motion for summary judgment, Dkt. No. 93.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Adam R. Pulver |
| Toby R. Merrill | Adam R. Pulver |
| Mass. BBO No. 601071 | D.C. Bar No. 1020475 |
| PROJECT ON PREDATORY STUDENT LENDING, | Scott L. Nelson |
| LEGAL SERVICES CENTER OF HARVARD LAW | D.C. Bar No. 413548 |
| SCHOOL | PUBLIC CITIZEN LITIGATION GROUP |
| 122 Boylston Street | 1600 20th Street NW |
| Jamaica Plain, MA 02130 | Washington, DC 20009 |
| (617) 522-3003 | (202) 588-1000 |
| tomerrill@law.harvard.edu | apulver@citizen.org |

*Counsel for Meaghan Bauer and Stephano del Rose*

Dated: November 22, 2019