# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PRIVATE POSTSECONDARY SCHOOLS, *Plaintiff*, v. ELISABETH DeVOS, Secretary of Education, *et al. Defendants.* | Civil Action No. 17-999 (RDM) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Dkt. 110, it is hereby

**ORDERED** that Plaintiff's motion for summary judgment, Dkt. 83, is **DENIED**; and it is further

**ORDERED** that Defendant's cross-motion for summary judgment, Dkt. 94, is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a). The Clerk of the Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: January 31, 2020