# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALIFORNIA ASSOCIATION OF PRIVATE POSTSECONDARY SCHOOLS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ELISABETH DeVOS, Secretary, U.S. Department of Education,** *et al.***,**<br><br>**Defendants.** | Civil Action No. 17-999 (RDM) |

## NOTICE OF APPEAL

Notice is hereby given that California Association of Private Postsecondary Schools, plaintiff in the above named case, appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's order denying plaintiff's motion for summary judgment, granting the cross-motion for summary judgment filed by defendants the Department of Education and Elisabeth DeVos, and dismissing the case, which order this Court stated constituted the final judgment under Federal Rule of Civil Procedure 58(a), entered in this action on January 31, 2020.

Dated:  March 31, 2020

BORIS BERSHTEYN
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
One Manhattan West
New York, NY 10001
T: 212/735-3834
F: 917/777-3834

Respectfully submitted,

/s/ Todd Kelly_____
TODD KELLY, DC BAR NO. 888283895
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
T: 202/371-7296
F: 202/661-8296
Email: todd.kelly@skadden.com

| | |
|---|---|
| GREGORY BAILEY<br>SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br>155 N Wacker Dr. #2700<br>Chicago, IL 60606<br>T: 312/407-0739<br>F: 312/407-8604 | ROBERT SHAPIRO, DC BAR NO. 415854<br>DUANE MORRIS LLP<br>505 Ninth Street, NW<br>Washington, DC 2004<br>T: 202/776-7867<br>F: 202/330-5290 |

*Attorneys for California Association of Private Postsecondary Schools*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appeal was filed electronically with the Clerk of the Court on March 31, 2020, using the CM/EMF system, which will send notification of such filing to all counsel of record.

/s/ Todd Kelly
Todd Kelly