# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5080**  September Term, 2020

1:17-cv-00999-RDM

Filed On: October 14, 2020

California Association of Private Postsecondary Schools,

       Appellant

      v.

Betsy DeVos, in her official capacity as Secretary of the Department of Education. and Department of Education,

       Appellees

    **BEFORE:**    Tatel and Katsas, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the suggestion of mootness and request to vacate, it is

**ORDERED** that this appeal be dismissed as moot. See Akiachak Native Community v. U.S. Dep't of Interior, 827 F.3d 100, 113 (D.C. Cir. 2016) (noting the "well-settled principle of law" that "when an agency has rescinded and replaced a challenged regulation, litigation over the legality of the original regulation becomes moot."). The district court's opinion and order filed January 31, 2020, are hereby vacated, and the case is remanded to the district court with instructions to dismiss the case as moot. See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship, 513 U.S. 18, 23 (1994); Maydak v. United States, 630 F.3d 166, 177 (D.C. Cir. 2010).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

#### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                         BY:    /s/
                                   Manuel J. Castro
                                   Deputy Clerk