UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALIFORNIA ASSOCIATION OF
PRIVATE POSTSECONDARY SCHOOLS,

*Plaintiff*,

v.

ELISABETH DeVOS, Secretary of
Education, *et al.*,

*Defendants.*

Civil Action No. 17-999 (RDM)

**ORDER**

Plaintiff, the California Association of Private Postsecondary Schools ("CAPPS"), brought suit to challenge certain regulations promulgated by the Department of Education ("the Department") in November 2016 to address perceived deficiencies in the William D. Ford Federal Direct Loan program. Dkt. 1 (Compl.); Student Assistance General Provisions, Federal Perkins Loan Program, Federal Family Education Loan Program, William D. Ford Federal Direct Loan Program, and Teacher Education Assistance for College and Higher Education Grant Program, 81 Fed. Reg. 75,296 (Nov. 1, 2016) (codified in scattered sections of 34 C.F.R.).

On October 16, 2018, this Court "held that CAPPS lacked standing to pursue most of its claims." *Cal. Ass'n of Priv. Postsecondary Schs. v. DeVos ("CAPPS II")*, 436 F. Supp. 3d 333, 335 (D.D.C. 2020) (citing *Cal. Ass'n of Priv. Postsecondary Schs. v. DeVos ("CAPPS I")*, 344 F. Supp. 3d 158, 183 (D.D.C. 2018)). In response, CAPPS filed an amended complaint. Dkt. 82 (Am. Compl.). Cross-motions for summary judgment followed. Dkts. 83, 92–93.

On January 31, 2020, this Court granted summary judgment in favor of Defendants, rejecting CAPPS's claims that the challenged regulatory provisions conflicted with the Federal

Arbitration Act, 9 U.S.C. § 1, *et seq.*; were promulgated in excess of the Department's statutory authority; or were arbitrary and capricious, in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A).  *See CAPPS II*, 436 F. Supp. 3d at 350, 354.  That same day, the Court entered an order constituting the final judgment in the matter.  Dkt. 111.

CAPPS appealed, Dkt. 112 (Notice of Appeal), and on June 15, 2020, the D.C. Circuit set a briefing schedule, *Cal. Ass'n of Priv. Postsecondary Schs. v. DeVos*, No. 20-5080, Doc. No. 1847150 (June 15, 2020).  Shortly before CAPPS's opening brief was due, it filed an unopposed suggestion of mootness, noting that "the provisions of the 2016 Rule that CAPPS challenged . . . [were] no longer . . . in effect."  *Id.*, Doc. No. 1852988 at 3 (July 22, 2020).  The D.C. Circuit granted that request, vacated this Court's opinion and order, and remanded "with instructions to dismiss the case as moot."  *Id.*, Doc. No. 1866229 (Oct. 14, 2020).

In view of intervening events and the D.C. Circuit's order, it is hereby **ORDERED** that this case is **DISMISSED** as moot.  This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a).  The Clerk of the Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  October 16, 2020